DOMENICO COLAIZZI, Appellant, *v.* PENNSYLVANIA RAILROAD COMPANY, Respondent.

(Submitted October 20, 1913; decided October 31, 1913.)

Motion for re-argument denied, without costs.   (See 208 N. Y. 275.)